UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Calvin Earl Brown,                )<br>             Plaintiff,        )<br>                                           )<br>    v.                                    )<br>                                           )<br>Sears Holding Management Corporation,   )<br>Thomas M. Colclough, Steve Dooley,      )<br>Rajenonakymar Patel, Jayesh Patel,      )<br>             Defendants.        )<br>                                           ) | **JUDGMENT**<br><br>No. 4:14-CV-33-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, on an appeal of a US Magistrate Judge's decision.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court AFFIRMS Judge Webb's decision and DENIES Brown's motion to proceed in forma pauperis. This case is closed.

**This judgment filed and entered on July 21, 2014, and served on:**

Calvin Earl Brown (via US Mail at 31 Cherry Lane, Chocowinity, NC 27817)

July 21, 2014                                                    /s/ Julie A. Richards,
                                                                         Clerk of Court