IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-33-D

| | |
|---|---|
| CALVIN EARL BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SEARS HOLDING MANAGEMENT ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

On July 31, 2014, Calvin Earl Brown ("Brown") filed a motion for reconsideration. See [D.E. 9]. Brown asks the court to reconsider its decision to deny Brown's motion to proceed in forma pauperis and motion for counsel. See id.

Brown has not met the standard for relief under Rule 59(e) of the Federal Rules of Civil Procedure. See, e.g., Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Hill v. Braxton, 277 F.3d 701, 708 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995); Collison v. Int'l Chem. Workers Union, 34 F.3d 233, 236 (4th Cir. 1994); Hutchinson v. Staton, 994 F.2d 1076, 1081 (4th Cir. 1993). Thus, the motion for reconsideration [D.E. 9] is DENIED.

SO ORDERED. This 1 day of August 2014.

JAMES C. DEVER III
Chief United States District Judge