IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-33-D

| | | |
|---|---|---|
| CALVIN EARL BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SEARS HOLDING MANAGEMENT | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On January 26, 2015, Calvin Earl Brown filed a motion for reconsideration. See [D.E. 19].

The motion lacks merit and is DENIED.

SO ORDERED. This 26 day of January 2015.

JAMES C. DEVER III
Chief United States District Judge