IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NO. 4:14-cv-33-D

| | |
|---|---|
| CALVIN EARL BROWN, )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>SEARS HOLDING MANAGEMENT )<br>CORPORATION d/b/a KMART # )<br>7080, THOMAS COLCLOUGH, )<br>JAYESH PATEL, STEVE DOOLEY )<br>and RAJENONAKYMAR PATEL )<br>)<br>Defendants. )<br>_____ ) | **ORDER GRANTING DEFENDANTS'<br>JOINT MOTION TO STAY<br>DISCOVERY** |

This cause being heard by the undersigned on Defendants' Joint Motion to Stay Discovery, filed on behalf by Defendant Sears Holding Management Corporation d/b/a Kmart # 7080 and Defendant Thomas Colclough, pursuant to Rule 7(b) and 26(c) of the Federal Rules of Civil Procedure, as well as Local Rule 7.1; and

It appearing to the Court that the Motion is supported by "good cause"; and, as a result, the Motion should be granted:

**IT IS HEREBY ORDERED** that all discovery is stayed including, but not limited to, the requirements to conduct an initial pretrial conference, to submit a discovery plan and to provide initial disclosures as mandated by Rules 26(f) and 26(a)(1) of the Federal Rules of Civil Procedure, pending a ruling on Defendants' Motion(s) to Dismiss [Doc. #s 39, 55].

SO ORDERED. This _2_ day of December 2015.

_/s/ James Dever_
JAMES C. DEVER III
Chief United States District Judge