UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CALVIN EARL BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 4:14-CV-33-D |
| ) | |
| SEARS HOLDING MANAGEMENT, ) | |
| THOMAS M. COLCLOUGH, STEVE ) | |
| DOOLEY, RAJENONAKYMAR PATEL, ) | |
| and JAYESH PATEL, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendants' motions to dismiss are GRANTED. Plaintiff's motions for default judgment and for summary judgment are DENIED. The clerk shall close the case.

**This Judgment Filed and Entered on December 7, 2015, and Copies To:**

| | |
|---|---|
| Calvin Earl Brown | (via US Mail to: 31 Cherry Lane, Chocowinity, NC 27817) |
| David A. Hughes | (via CM/ECF electronic notification) |
| Paul Holscher | (via CM/ECF electronic notification) |
| Roberto F. Ramirez | (via CM/ECF electronic notification) |
| Jayesh Patel | (via US Mail to: 916 Carolina Avenue, Washington, NC 27889) |
| Steve Dooley | |
| Rajenonakymar Patel | |

| | |
|---|---|
| DATE | **JULIE RICHARDS JOHNSTON, CLERK** |
| December 7, 2015 | By: /s/ Crystal Jenkins |
| | Deputy Clerk |