IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-33-D

| | | |
|---|---|---|
| CALVIN EARL BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SEARS HOLDING MANAGEMENT CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

On January 11, 2016, Calvin Earl Brown filed another motion for reconsideration. See [D.E. 69]; Fed. R. Civ. P. 59(e), 60. The motion lacks merit and is DENIED.

SO ORDERED. This 11 day of February 2016.

JAMES C. DEVER III
Chief United States District Judge